JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WENDT,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, O'REILLY AUTOMOTIVE STORES, INC., O'REILLY AUTOMOTIVE, INC., and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. CV 20-03198 AB (GJSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT has been advised that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 20, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.